MOLLIE ROTH et al., Respondents, v. PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, Defendant, and GUSTAVE KASE, Defendant-Appellant.—

Hagarty, Carswell, Adel, Taylor and Lewis, JJ., concur.